IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WAYNE B. HERRMANN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAIN LINK, INC., a Kansas Corporation,)<br>and DENNIS DIXON and SHONDA )<br>CHAPA, individually and in their )<br>capacities as Officers, Directors and )<br>Shareholders in Rain Link, Inc., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 11-1123-RDR-KGS |

### **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**NOW ON THIS** 8th day of September 2014, the above-captioned matter comes by stipulation of the parties, Plaintiff Wayne B. Herrmann, by his attorneys, and Defendants Rain Link, Inc., Dennis Dixon and Shonda Chapa, by their attorneys.

**WHEREUPON**, it is announced by the parties and the parties so stipulate that they have reached a settlement agreement, pursuant to which any claims that were or could have been asserted in this action should be dismissed WITH PREJUDICE, with each of the parties responsible for their own attorneys' fees, expenses, and costs.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter is hereby dismissed WITH PREJUDICE, that any and all claims that were asserted or could have been asserted in the above-captioned matter shall be and are hereby dismissed WITH PREJUDICE, and that each of the parties shall bear their own attorneys' fees, costs, and expenses.

2

**IT IS SO ORDERED.**

<u>s/RICHARD D, ROGERS</u>
Honorable Richard D. Rogers
United States Senior Judge

Approved By:

Jack Focht, #05679
jfocht@foulston.com
Charles E. McClellan, #23692
cmcclellan@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy, Suite 100
Wichita, KS   67206-4466
Telephone: (316) 267-6371
Facsimile: (316) 267-6345

By: <u>*/s/ Charles E. McClellan*</u>
Attorneys for Plaintiff


Paul S. McCausland, KS #08878
p.mccausland@youngboglelaw.com
Jerry D. Bogle, KS # #6512
jerry.bogle@youngboglelaw.com
YOUNG, BOGLE, MCCAUSLAND, WELLS
  & BLANCHARD, P.A.
100 N. Main, Suite 1001
Wichita, Kansas 67202-1322
Telephone: (316) 265-7841
Facsimile: (316) 265-3956
p.mccausland@youngboglelaw.com


By: <u>*/s/ Paul S. McCausland*</u>
Attorneys for Defendants

2